### UNITED STATES of America, Plaintiff–Appellee,

v.

### Gonzalo GUERRERO–ARANA, a/k/a Conan; Gonzalo Arana–Guerrero, Defendant–Appellant.

### No. 03–50459.

United States Court of Appeals, Ninth Circuit.

Submitted * Aug. 4, 2004.

Decided Aug. 13, 2004.

Ronald L. Cheng, Esq., Jason A. Forge, Esq., Office of the U.S. Attorney, Los Angeles, CA, for Plaintiff–Appellee.

Jerry D. Whatley, Santa Barbara, CA, for Defendant–Appellant.

---

* The panel unanimously finds this case suitable for decision without oral argument. Fed. R.App. P.34(a)(2).

Before: SCHROEDER, Chief Judge, W. FLETCHER, Circuit Judge, and WEINER, Senior District Judge.**

### ORDER AND MEMORANDUM ***

Counsel has filed a motion pursuant to *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967), to withdraw as counsel. The only possible issue is whether the district court should have departed downward in sentencing.

The district court recognized it had discretion and declined to exercise it. *See United States v. Lipman,* 133 F.3d 726, 731–32 (9th Cir.1997). There was no error.

The motion to withdraw is granted and the sentence is AFFIRMED.

---

** The Honorable Charles R. Weiner, Senior United States District Court Judge for the Eastern District of Pennsylvania, sitting by designation.

*** This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as provided by Ninth Circuit Rule 36–3.

